IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| IN RE: | CASE NO. 02-13518 (KJC) |
|---|---|
| NATIONAL RESTAURANT ENTERPRISES | CHAPTER 7 |
| Debtor(s) | RE: Docket No. 40 & 41 |

### ORDER

AND NOW, on this 17th day of Jan, 2014, upon consideration of Trustee George L. Miller's Motion to Deposit Unclaimed Funds in the Court Registry, it is hereby:

**ORDERED**, that the Motion is GRANTED and it is further ORDERED that the funds in the amount of $8,035.75 will be deposited in the Court Registry.

BY THE COURT:

Dated: _____    _____
Wilmington, Delaware            Honorable Kevin J. Carey
                                United States Bankruptcy Judge